IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO SERNA,

    Petitioner,

v.                                                                                 No. 23-cv-0676-MV-GJF

RICHARD MARTINEZ, *et al*,

    Respondents.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil habeas action is **DISMISSED without prejudice**.

_____
HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE